Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Haley G. Christenson (SBN 328322)
HaleySwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 619-222-7429

Attorneys for Plaintiffs

Jessica Lohr (SBN 302348)
Jessica.Lohr@troutman.com
**TROUTMAN SANDERS LLP**
11682 El Camino Real, Ste 400
San Diego, CA 92130-2092
P: (858) 509-6044

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SINNOTT,<br><br>                    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                    Defendant. | Case No.: 19-cv-2271-JLS-MSB<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>District Judge:  Janis L. Sammartino |

JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE        1

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Walter Sinnott and Defendant Portfolio Recovery Associates, LLC file this Joint Motion to Dismiss with Prejudice, and request that the court dismiss all of Plaintiff's claims against Defendant Portfolio Recovery Associates, LLC with prejudice. The Parties agree to each bear their own fees and costs.

Respectfully Submitted,

Date:  May 22, 2020    **SWIGART LAW GROUP, APC**

By:  *s/ Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

Attorney for Plaintiffs

Date:  May 22, 2020    **TROUTMAN SANDERS LLP**

By:  *s/ Jessica Lohr*
Jessica Lohr, Esq.
Jessica.Lohr@Troutman.com

Attorneys for Defendant

## CERTIFICATION OF APPROVAL OF CONTENT

I, Joshua B. Swigart, counsel for Plaintiff, Walter Sinnott, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion to Dismiss with Prejudice, and that I have obtained authorization from Jessica Lohr, counsel for Defendant Portfolio Recovery Associates, LLC for her electronic signature.

Date: May 22, 2020

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

Attorney for Plaintiff