UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SINNOTT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 19-CV-2271 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(ECF No. 16) |

　　　Presently before the Court is Plaintiff Walter Sinnott and Defendant Portfolio Recovery Associates, LLC's Joint Motion for Dismissal of Action with Prejudice ("Joint Mot.," ECF No. 16), filed pursuant to Federal Rule of Civil Procedure 41.  Good cause appearing, the Court **GRANTS** the Joint Motion.  Accordingly, as requested by the Parties, this action is **DISMISSED WITH PREJUDICE** in its entirety, with each Party to bear its own fees and costs.

　　　**IT IS SO ORDERED.**

Dated:  May 26, 2020

　　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge